1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,    )   Case No. 2:07-cr-0151 JAM
                                 )
11              Plaintiff,       )   GOVERNMENT'S MOTION TO DISMISS THE
                                 )            INDICTMENT AGAINST
12        v.                     )      DEFENDANT WILL ADAMIAN AND
                                 )                ORDER
13  WILL ADAMIAN, et al.,        )
                                 )       [FED. R. CRIM. P. 48(a)]
14              Defendants,      )
                                 )
15                               )
    _____ )
16

17  _____The United States of America, through its attorney of record,

18  Assistant U.S. Attorney Jason Hitt, hereby moves for an order

19  dismissing the indictment against defendant Will ADAMIAN pursuant to

20  Federal Rule of Criminal Procedure 48(a).  This motion is made in the

21  interests of justice based upon the government's evaluation of newly-

22  discovered evidence provided by the defendant.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

    / / /

1    Based upon this motion, the undersigned respectfully requests

2 that the Court dismiss the pending counts of the Indictment against

3 defendant Will ADAMIAN in Case No. 2:07-cr-0151 JAM in the interests

4 of justice pursuant to Rule 48(a).

5

6                                   Respectfully Submitted,

7                                   BENJAMIN B. WAGNER
                                    United States Attorney
8

9 DATED:  March 22, 2010       By:/s/Jason Hitt_____
                                   JASON HITT
10                                  Assistant U.S. Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The pending counts of the Indictment against defendant Will ADAMIAN in Case No. 2:07-cr-151 JAM are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).


DATED: March 22, 2010_

/s/ John A. Mendez_____
U. S. District Court Judge